JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SOLONIN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS NATIONAL BANK;<br>BARCLAYS BANK DELAWARE;<br>CAPITAL ONE BANK (USA) N.A.;<br>CITIBANK, N.A.;<br>U.S. BANK, NATIONAL ASSOCIATION;<br>WELLS FARGO BANK, NATIONAL ASSOCIATION;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.; and<br>TRANS UNION, LLC,<br><br>    Defendants. | Case No. 8:22-cv-02021-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Order [ECF No. 137] entered on or about March 26, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 22, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE